# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KIM R. HOGAN

NO. 2021 KW 1504

**JANUARY 31, 2022**

---

In Re:   Kim R. Hogan, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 387,357.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of St. Tammany Parish reflects the district court denied relator's application for postconviction relief on December 10, 2021.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT